# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 CV 215

| | |
|---|---|
| NATIONAL BANK OF SOUTH CAROLINA, )<br>)<br>Plaintiff )<br>)<br>V )<br>)<br>ANTHONY J. BARBIERI, )<br>)<br>Defendant ) | **ORDER** |

**THIS MATTER** is before the court on Edward L. Bleynat, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Brian C. Athey. It appearing that Brian C. Athey is a member in good standing with the Virginia Bar and will be appearing with Edward L. Bleynat, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Edward L. Bleynat, Jr.'s Motion for Admission to Practice *Pro Hac Vice* (#2) of Brian C. Athey is **GRANTED**, and that Brian C. Athey is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Edward L. Bleynat, Jr.

Signed: December 3, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge